UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MOHAMMED INSHAN,

                Plaintiff,

-against-

GOLDMAN SACHS LONG TERM
DISABILITY PLAN and CONNECTICUT
GENERAL LIFE INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------X

Civil Action No. 05 CV 9550

Judge Scheindlin

STIPULATION
OF DISMISSAL

*IT IS HEREBY STIPULATED AND AGREED*, by and between the attorneys for the parties that the above matter is dismissed with prejudice and without interest or costs to either side.

Dated: New York, New York
        March 21, 2006

By: _/s/ Jamie R. Morris_
     Jamie R. Morris, Esq. (JM1949)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
26 Broadway, 28th Floor
New York, New York 10004
(212) 482 0001
(212) 482 0002
RKT File No. 820.211

By: _/s/ Stephane Montas_
     Stephane Montas, Esq.
BINDER & BINDER, P.C.
Attorneys for Plaintiff
2805 Veterans Memorial Highway, Ste. 20
Ronkonkoma, New York 11779-2569
(631) 361 6699
(631) 361 6475